1  Malcolm D. Schick, Esq. (SBN 118978)
   mschick@gpschicklaw.com
2  Danielle C. Loss, Esq. (SBN 264661)
   dloss@gpschicklaw.com
3  **G&P | SCHICK**
   3170 Fourth Avenue, Third Floor
4  San Diego, California  92103
   Tel: (619) 718-9790
5
   Attorneys for Defendant,
6  TRANSCORE COMMERCIAL
   SERVICES, LLC
7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10
   RACK ROOM SHOES, INC., a   )  Case No.: CV-11-9215 SVW
11 Corporation,               )       (PJWx)
                              )
12      Plaintiff,            )
                              )  **ORDER RE: DISMISSAL WITH**
13 v.                         )  **PREJUDICE**
                              )
14 LANDSTAR GLOBAL LOGISTICS, )
   INC., ET AL.,              )       JS - 6
15                            )
        Defendants.           )
16                            )
                              )
17 _____)

18          Based on the stipulation of counsel and the

19 parties,

20      **IT IS HEREBY ORDERED** that the above-captioned action
   is hereby dismissed with prejudice in its entirety,
21 including the Second Amended Complaint and all Cross-
   Claims, with the Court retaining jurisdiction to enforce
22 the Settlement Agreement.  Each party to bear its own
   costs and attorney's fees.
23

24      **IT IS SO ORDERED:**

25

26 DATED: May 31, 2012
27                                Stephen V. Wilson
                                  United States District
28                                Judge

                     - 1 -              CV-11-9215 SVW (PJWx)