Malcolm D. Schick, Esq. (SBN 118978)
mschick@gpschicklaw.com
Danielle C. Loss, Esq. (SBN 264661)
dloss@gpschicklaw.com
**G&P│SCHICK**
3170 Fourth Avenue, Third Floor
San Diego, California  92103
Tel: (619) 718-9790

Attorneys for Defendant,
TRANSCORE COMMERCIAL SERVICES, LLC

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACK ROOM SHOES, INC., a Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LANDSTAR GLOBAL LOGISTICS, INC., ET AL.,<br><br>    Defendants. | Case No.: CV-11-9215 SVW (PJWx)<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE**<br><br>JS-6 |

Based on the stipulation of counsel and the parties,

**IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed with prejudice in its entirety, including the Second Amended Complaint and all Cross-Claims, with the Court retaining jurisdiction to enforce the Settlement Agreement. Each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED:**

DATED: May 31, 2012

_____
Stephen V. Wilson
United States District Judge

- 1 -                                         CV-11-9215 SVW (PJWx)
**STIPULATION OF DISMISSAL WITH PREJUDICE**